UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---X

THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its TRUSTEES ALBERT J. GIRARDI, JR., EDWARD KELLY, JEFFREY LOUGHLIN, PETER PATERNO, ROSS PEPE and NICHOLAS SIGNORELLI, JR.,

Plaintiffs,

-against-

AMEC COMMERCIAL LLC,

Defendant.

---X

**NOTICE & ORDER OF VOLUNTARY DISMISSAL PURSUANT TO <u>F.R.C.P. 41(a)(1)(A)(i)</u>**

11-CIV-7463 (ER)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed without prejudice against Defendant AMEC COMMERCIAL LLC.

Dated: Tarrytown, New York
February 1, 2012

Respectfully submitted,

BRADY McGUIRE & STEINBERG, P.C.

By: James M. Steinberg
James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
303 South Broadway, Suite 234
Tarrytown, New York 10591
(914) 478-4293

To: Mr. Jeff Soss
Amec Commercial LLC
270 Main Street
Norwalk, CT 06851

**SO ORDERED:** Edgardo Ramos

**The Honorable Edgardo Ramos, U.S.D.J.**

Dated: White Plains, New York
February 1, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/2012